Scott Edward Cole, Esq. (S.B. #160744)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:     sec@colevannote.com

*Admitted *Pro hac vice*

Jared R. Cooper, Esq. (S.B. #4588596)
**ROBINSON YABLON COOPER & BONFANTE, LLP**
232 Madison Ave., Suite 909
New York, New York 10016
Telephone: (212) 725-8566
Facsimile:  (646) 766-8268
Email:     jared@rycbinjury.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER FIORE individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>AFFILIATED DERMATOLOGISTS & DERMATOLOGIC SURGEONS, P.A.<br><br>                    Defendants. | **Case No. 24-CV-6720**<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |

Plaintiff Peter Fiore and Defendant Affiliated Dermatologists & Dermatologic Surgeons, P.A. hereby stipulate under Federal Rules of Civil Procedure Rule 41(a)(1)(ii) that the Court dismiss this action without prejudice as to all claims, causes of actions and parties. Each party shall bear their own attorneys' fees and costs.

Dated: August 27, 2024  **COLE & VAN NOTE**

By: /s/ Scott Edward Cole
_____
Scott Edward Cole, Esq. (S.B. #160744)
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com

Jared. Cooper (S.B. #4588596)
**ROBINSON YABLON COOPER & BONFANTE, LLP.**
232 Madison Ave., Suite 909
New York, New York
Telephone: (212) 725-8566
Email: jared@rycbinjury.com

Attorneys for Representative Plaintiff and the Plaintiff Class

Dated: August 27, 2024  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Suna Lee (with permission)
_____
Suna Lee, Esq.
7 Giralda Farms,
Madison, NJ 07940
Telephone: (973)735-6026
Email: suna.lee@wilsonelser.com

Attorney for Defendant

2

## ORDER

Pursuant to the parties' stipulation, this matter is DISMISSED WITHOUT PREJDUDICE. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 28, 2024

_____
**JULIEN XAVIER NEALS**
**UNITED STATES DISTRICT JUDGE**